CLOSED, DISCMAG, JURY, MEDIATION, MREFJL, PATENT

## U.S. District Court [LIVE]
### Eastern District of TEXAS LIVE (Marshall)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00443-TJW-CE

| | |
|---|---|
| Rembrandt Technologies, LP v. Comcast Corporation et al | Date Filed: 09/16/2005 |
| Assigned to: Judge T. John Ward | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Charles Everingham | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Mediator**

**Robert W Faulkner**                    represented by   **Robert W Faulkner**
JAMS
8401 North Central Expressway
Suite 610
Dallas, TX 75225
214/744-5267
Fax: 214/720-6010
Email: rfaulkner@jamsadr.com
PRO SE

**Plaintiff**

**Rembrandt Technologies, LP**           represented by   **Otis W Carroll, Jr**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: Fedserv@icklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Franklin Baxter**
McKool Smith - Marshall
P O Box O
Marshall, TX 75671
US
903/927-2111
Fax: 903/927-2622
Email: sbaxter@mckoolsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan D Albright**
Fish & Richardson - Austin
111 Congress Ave

Suite 810
Austin, TX 78701
512/226-8106
Fax: 512/320-8935
Email: albright@fr.com
*TERMINATED: 02/08/2007*

**Andrew Thompson Gorham**
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler, TX 75702
US
903-794-4067
Fax: 19037941224
Email: tgorham@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Andrew Wesley Spangler**
Brown McCarroll - Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999
903-236-9800
Fax: 19032368787
Email: aspangler@mailbmc.com
*ATTORNEY TO BE NOTICED*

**Bradley Wayne Caldwell**
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4000
Fax: 2149784044
Email: bcaldwell@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Collin Michael Maloney**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: fedserv@icklaw.com
*ATTORNEY TO BE NOTICED*

**David J Beck**
Beck Redden & Secrest

1221 McKinney St, Suite 4500
One Houston Center
Houston, TX 77010-2020
713/951-3700
Fax: 17139513720
Email: dbeck@brsfirm.com
*TERMINATED: 03/13/2007*

**Denis Ticak**
Benesch Friedlander Coplan & Aronoff
- Cleveland
2300 BP Tower
200 Public Square
Cleveland, OH 44114
US
216/363-4626
Fax: 2163634588
Email: dticak@bfca.com
*ATTORNEY TO BE NOTICED*

**Elizabeth L DeRieux**
Brown McCarroll
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999
903/236-9800
Fax: 9032368787
Email: ederieux@mailbmc.com
*ATTORNEY TO BE NOTICED*

**Frank E Scherkenbach**
Fish & Richardson PC - Boston
225 Franklin St
Boston, MA 02110
617/542-5070
Fax: 617/542-8906
Email: scherkenbach@fr.com
*TERMINATED: 02/08/2007*

**Franklin Jones, Jr**
Jones & Jones - Marshall
201 W Houston St
PO Drawer 1249
Marshall, TX 75670
903/938-4395
Fax: 9039383360
Email: maizieh@millerfirm.com
*ATTORNEY TO BE NOTICED*

**Frederick Yu**

Fish & Richardson - Wilmington
919 N Market Street
Suite 1100 P O Box 1114
Wilmington, DE 19899-1114
302/652-5070
Fax: 302/652-0607
Email: yu@fr.com
*TERMINATED: 02/08/2007*

**James Patrick Kelley**
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071
Email: patkelley@icklaw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey A Carter**
McKool Smith - Dallas
300 Crescent Court
Suite 1200
Dallas, TX 75201
214/978-4006
Fax: 12149784044
Email: jcarter@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**John Franklin Garvish, II**
McKool Smith - Austin
300 W 6th St
Ste 1700
Austin, TX 78701
512/692-8731
Fax: 512/692-8744
Email: jgarvish@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Lawrence K Kolodney**
Fish & Richardson PC
225 Franklin St
Boston, MA 02110
617/542-5070
Fax: 617/542-8906
Email: kolodney@fr.com
*TERMINATED: 02/08/2007*

**Michael H Bunis**
Fish & Richardson PC - Boston

225 Franklin St
Boston, MA 02110
617/542-5070
Fax: 16175428906
Email: bunis@fr.com
*TERMINATED: 02/08/2007*

**Michael Chibib**
Fish & Richardson - Austin
111 Congress Ave
Suite 810
Austin, TX 78701
512/472-5070
Fax: 5123208935
Email: chibib@fr.com
*TERMINATED: 02/08/2007*

**Michael S Forman**
Fish & Richardson PC - Boston
225 Franklin St
Boston, MA 02110
617/542-5070
Fax: 617/542-8906
Email: forman@fr.com
*TERMINATED: 02/08/2007*

**Robert Christopher Bunt**
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
903/531-3535
Fax: 903/533-9687
Email: rcbunt@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Robert M Parker**
Parker, Bunt & Ainsworth, P.C.
100 E Ferguson
Suite 1114
Tyler, TX 75702
903/531-3535
Fax: 9035339687
Email: rmparker@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Sidney Calvin Capshaw, III**
Brown McCarroll - Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999

903/236-9800
Fax: 19032368787
Email: ccapshaw@mailbmc.com
*ATTORNEY TO BE NOTICED*

**Thomas A Brown**
Fish & Richardson PC - Boston
225 Franklin St
Boston, MA 02110
617/542-5070
Email: tbrown@fr.com
*TERMINATED: 02/08/2007*

**Thomas Guy Fasone, III**
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4000
Email: tfasone@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Timothy Devlin**
Fish & Richardson - Wilmington
919 N Market Street
Suite 1100 P O Box 1114
Wilmington, DE 19899-1114
302-652-5070
Fax: 302-652-0607
Email: tdevlin@fr.com
*TERMINATED: 02/08/2007*

**Travis Gordon White**
McKool Smith
300 W 6th St
Ste 1700
Austin, TX 78701
512/692-8701
Email: gwhite@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Comcast Corporation**                represented by **Daralyn J Durie**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415/391-5400
Fax: 415/397-7188

Email: ddurie@kvn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam, Jr**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
US
903-934-8450
Fax: 903-934-9257
Email: gil@gillamsmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Haltom Doan**
Haltom and Doan LLP
6500 North Summerhill Road
Crown Executive Center Suite 1 A
P O Box 6227
Texarkana, Tx 75505
903/255-1000
Fax: 903/255-0800
Email: jdoan@haltomdoan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leo L Lam**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415-391-5400
Fax: 415-397-7188
Email: llam@kvn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthias Andreas Kamber**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415-391-5400
Fax: 415-397-7188
Email: mkamber@kvn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Asim M Bhansali**
Keker & Van Nest
710 Sansome St

San Francisco, CA 94111
415/676-2235
Fax: 415/397-7188
Email: abhansali@kvn.com
*ATTORNEY TO BE NOTICED*

**Steven K Yoda**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415-391-5400
Fax: 415-397-7188
Email: syoda@kvn.com

**Defendant**

**Comcast Cable Communications, LLC;**                    represented by **Brian L Ferrall**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415-391-5400
Fax: 415-397-7188
Email: bferrall@kvn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric MacMichael**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415-391-5400
Fax: 415-397-7188
Email: emacmichael@kvn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Haltom Doan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthias Andreas Kamber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Asim M Bhansali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven K Yoda**
(See above for address)

**Defendant**

**Comcast of Plano, LP**                 represented by  **Harry Lee Gillam, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Haltom Doan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew M Werdegar**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415-391-5400
Fax: 415-397-7188
Email: mwerdegar@kvn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthias Andreas Kamber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Asim M Bhansali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven K Yoda**
(See above for address)

V.

**Respondent**

**Fish & Richardson, PC**                 represented by  **David J Beck**
(See above for address)
*TERMINATED: 03/13/2007*

**Geoff A Gannaway**
Beck Redden & Secrest - Houston
1221 McKinney

Suite 4500
Houston, TX 77010-2010
713-951-6204
Fax: 713-951-3720
Email: ggannaway@brsfirm.com
*TERMINATED: 03/13/2007*

**Movant**

**Time Warner Cable, Inc.,**                  represented by  **David S Benyacar**
Kaye Scholer - New York
425 Park Avenue
New York, NY 10022
212/836-8000
Fax: 212/836-8689
Email: dbenyacar@kayescholer.com
*ATTORNEY TO BE NOTICED*

**Diane DeVasto**
Potter Minton
110 N. College Street, Suite 500
Tyler, Tx 75702
US
903-597-8311
Fax: 903-593-0846
Email:
dianedevasto@potterminton.com
*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597/8311
Fax: 9035930846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Michael A Rogoff**
Kaye Scholer - New York
425 Park Avenue
New York, NY 10022
212/836-8000
Fax: 212/836-8689
Email: mrogoff@kayescholer.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Coxcom, Inc.,**

**Counter Claimant**

**Comcast Corporation**                represented by   **Daralyn J Durie**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Haltom Doan**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Leo L Lam**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthias Andreas Kamber**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Asim M Bhansali**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Steven K Yoda**
                                                        (See above for address)

**Counter Claimant**

**Comcast Cable Communications,**      represented by   **Brian L Ferrall**
**LLC;**                                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric MacMichael**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Haltom Doan**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthias Andreas Kamber**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Asim M Bhansali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven K Yoda**
(See above for address)

**Counter Claimant**

**Comcast of Plano, LP**              represented by   **Jennifer Haltom Doan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew M Werdegar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthias Andreas Kamber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Asim M Bhansali**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven K Yoda**
(See above for address)

V.

**Counter Defendant**

**Rembrandt Technologies, LP**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2005 | 1 | COMPLAINT FOR PATENT INFRINGEMENT WITH JURY TRIAL DEMAND against Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP (Filing fee $ 250.) , filed by Rembrandt Technologies, LP. (Attachments: # 1 Civil Cover Sheet) (ch, ) (Entered: 09/19/2005) |
| 09/16/2005 | | Filing fee: $ 250.00, receipt number 6-1-2333 (ch, ) (Entered: 09/19/2005) |
| 09/16/2005 | | Summons Issued as to Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (ch, ) (Entered: 09/19/2005) |
| | | |

| 09/19/2005 | 2 | Form mailed to Commissioner of Patents and Trademarks. (ch, ) (Entered: 09/19/2005) |
|---|---|---|
| 09/23/2005 | 3 | NOTICE of Attorney Appearance by Sidney Calvin Capshaw, III on behalf of Rembrandt Technologies, LP (Capshaw, Sidney) (Entered: 09/23/2005) |
| 10/06/2005 | 4 | SUMMONS Returned Executed by Rembrandt Technologies, LP as to deft Comcast of Plano, LP served on 9/28/2005 by CM RRR, answer due 10/18/2005. (ehs, ) (Entered: 10/12/2005) |
| 10/18/2005 | 5 | First MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by Comcast of Plano, LP. (Attachments: # 1 Text of Proposed Order)(Bhansali, Asim) (Entered: 10/18/2005) |
| 10/21/2005 | 6 | SUMMONS Returned Executed Certified Mail Secretary of State by Rembrandt Technologies, LP. Comcast Corporation served on 10/12/2005, answer due 11/1/2005. (ch, ) (Entered: 10/25/2005) |
| 10/21/2005 | 7 | SUMMONS Returned Executed Certified Mail by Secretary of State by Rembrandt Technologies, LP. Comcast Cable Communications, LLC; served on 10/12/2005, answer due 11/1/2005. (ch, ) (Entered: 10/25/2005) |
| 11/09/2005 | 8 | ORDER granting 5 Motion for Extension of Time to File answer. Responses due by 11/17/2005. Signed by Judge T. John Ward on 11/9/05. (ehs, ) (Entered: 11/09/2005) |
| 11/09/2005 | | Answer Due Deadline Updated for Comcast of Plano, LP to 11/17/2005. (ehs, ) (Entered: 11/09/2005) |
| 11/17/2005 | 9 | *Defendants'* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Rembrandt Technologies, LP by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP.(Doan, Jennifer) (Entered: 11/17/2005) |
| 11/17/2005 | 10 | MOTION to Change Venue *Pursuant to 28 U.S.C. Section 1404(a)* by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Affidavit Declaration of M. Kamber# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Exhibit L# 14 Exhibit M# 15 Exhibit N)(Doan, Jennifer) Additional attachment(s) added on 11/18/2005 (sm, ). (Entered: 11/17/2005) |
| 11/21/2005 | 11 | NOTICE of Attorney Appearance by Robert M Parker on behalf of Rembrandt Technologies, LP (Parker, Robert) (Entered: 11/21/2005) |
| 11/21/2005 | 12 | NOTICE of Attorney Appearance by Robert Christopher Bunt on behalf of Rembrandt Technologies, LP (Bunt, Robert) (Entered: 11/21/2005) |
| 11/22/2005 | 13 | NOTICE of Attorney Appearance by Franklin Jones, Jr on behalf of Rembrandt Technologies, LP (Jones, Franklin) (Entered: 11/22/2005) |

| 12/02/2005 | 14 | RESPONSE in Opposition re 10 MOTION to Change Venue *Pursuant to 28 U.S.C. Section 1404(a) (Plaintiff's Opposition to Defendants' Motion to Transfer)* filed by Rembrandt Technologies, LP. (Attachments: # 1 Declaration of Timothy Devlin# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Exhibit L# 14 Exhibit M# 15 Exhibit N)(Capshaw, Sidney) (Entered: 12/02/2005) |
| 12/07/2005 | 15 | ANSWER to Counterclaim *(Plaintiff's Reply to Defendants' Counterclaims)* by Rembrandt Technologies, LP.(Capshaw, Sidney) (Entered: 12/07/2005) |
| 12/12/2005 | 16 | MOTION for Leave to File Excess Pages *Defendant's Agreed Motion to Exceed Page Limit* by Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Exhibit A# 2 Exhibit 1# 3 Exhibit 1A# 4 Exhibit 1B# 5 Exhibit 1C# 6 Exhibit 1D# 7 Text of Proposed Order) (Doan, Jennifer) (Entered: 12/12/2005) |
| 12/21/2005 | 17 | NOTICE of Attorney Appearance by James Patrick Kelley on behalf of Rembrandt Technologies, LP (Kelley, James) (Entered: 12/21/2005) |
| 12/22/2005 | 18 | ORDER granting 16 Motion for Leave to File Excess Pages. Clerk to file deft's reply to pltf's opposition to motion to transfer venue. Signed by Judge T. John Ward on 12/22/05. (ehs, ) (Entered: 12/27/2005) |
| 12/22/2005 | 19 | REPLY to pltf's opposition to 10 MOTION to Change Venue Pursuant to 28 U.S.C. Section 1404(a) filed by defts (ehs, ) (Entered: 12/27/2005) |
| 01/10/2006 | 21 | APPLICATION to Appear Pro Hac Vice by Attorney Michael H Bunis for Rembrandt Technologies, LP. (ch, ) (Entered: 01/17/2006) |
| 01/10/2006 | | Pro Hac Vice Filing fee paid by Bunis; Fee: $25, receipt number: 6-1-3582 (ch, ) (Entered: 01/17/2006) |
| 01/10/2006 | 23 | APPLICATION to Appear Pro Hac Vice by Attorney Timothy Devlin for Rembrandt Technologies, LP. (ch, ) (Entered: 02/01/2006) |
| 01/10/2006 | | Pro Hac Vice Filing fee paid by Devlin; Fee: $25, receipt number: 2-1-1071 (ch, ) (Entered: 02/01/2006) |
| 01/10/2006 | 24 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas A Brown for Rembrandt Technologies, LP. (ch, ) (Entered: 02/01/2006) |
| 01/10/2006 | | Pro Hac Vice Filing fee paid by Brown; Fee: $25, receipt number: 2-1-1071 (ch, ) (Entered: 02/01/2006) |
| 01/10/2006 | 25 | APPLICATION to Appear Pro Hac Vice by Attorney Denis Ticak for Rembrandt Technologies, LP. (ch, ) (Entered: 02/01/2006) |
| 01/10/2006 | | Pro Hac Vice Filing fee paid by Ticak; Fee: $25, receipt number: 2-1-1071 (ch, ) (Entered: 02/01/2006) |
| 01/10/2006 | 26 | APPLICATION to Appear Pro Hac Vice by Attorney Frank E Scherkenbach for Rembrandt Technologies, LP. (poa, ) (Entered: 02/16/2006) |

| | | |
|---|---|---|
| 01/10/2006 | | Pro Hac Vice Filing fee paid by Scherkenbach; Fee: $25, receipt number: 2-1-1071 (poa, ) (Entered: 02/16/2006) |
| 01/11/2006 | 20 | CORPORATE DISCLOSURE STATEMENT filed by Rembrandt Technologies, LP identifying None as Corporate Parent. (Carroll, Otis) (Entered: 01/11/2006) |
| 01/24/2006 | 22 | ORDER REFERRING MOTION: to Magistrate Judge John Love 10 MOTION to Change Venue filed by Comcast Corporation,, Comcast Cable Communications, LLC;,, Comcast of Plano, LP, . Signed by Judge T. John Ward on 1/24/06. (ch, ) (Entered: 01/24/2006) |
| 03/30/2006 | 27 | NOTICE of Hearing: Scheduling Conference set for 5/2/2006 at 2:30 PM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 03/30/2006) |
| 04/04/2006 | 28 | Notice of Scheduling Conference, Proposed Deadlines for Docket Control Order and Discovery Order Scheduling Conference set for 5/2/2006 2:30 PM in (Marshall) before Judge T. John Ward.. Signed by Judge T. John Ward on 4/4/06. (ch, ) (Entered: 04/04/2006) |
| 04/06/2006 | 29 | NOTICE of Attorney Appearance by Collin Michael Maloney on behalf of Rembrandt Technologies, LP (Maloney, Collin) (Entered: 04/06/2006) |
| 04/24/2006 | 30 | ***FILED IN ERROR; DEFICIENT DOCUMENT; FILED BY ATTORNEY OTHER THAN THE ONE APPEARING; ATTY MUST REFILE; PLEASE IGNORE*** <br><br> NOTICE of Attorney Appearance by Jennifer Haltom Doan on behalf of Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP (Doan, Jennifer) Modified on 4/24/2006 (mpv, ). (Entered: 04/24/2006) |
| 04/24/2006 | 31 | NOTICE of Attorney Appearance by Asim M Bhansali on behalf of Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP (Bhansali, Asim) (Entered: 04/24/2006) |
| 04/24/2006 | 32 | APPLICATION to Appear Pro Hac Vice by Attorney Daralyn J Durie for Comcast Corporation. (rml, ) (Entered: 04/25/2006) |
| 04/24/2006 | 33 | APPLICATION to Appear Pro Hac Vice by Attorney Brian L Ferrall for Comcast Cable Communications, LLC (rml, ) (Entered: 04/25/2006) |
| 04/24/2006 | 34 | APPLICATION to Appear Pro Hac Vice by Attorney Matthias Andreas Kamber for Comcast of Plano, LP; Comcast Corporation; Comcast Cable Communications, LLC(rml, ) (Entered: 04/25/2006) |
| 04/24/2006 | 35 | APPLICATION to Appear Pro Hac Vice by Attorney Leo L Lam for Comcast Corporation. (rml, ) (Entered: 04/25/2006) |
| 04/24/2006 | 36 | APPLICATION to Appear Pro Hac Vice by Attorney Steven K Yoda for Comcast of Plano, LP; Comcast Corporation; Comcast Cable Communications, LLC(rml, ) (Entered: 04/25/2006) |

| 04/24/2006 | 37 | APPLICATION to Appear Pro Hac Vice by Attorney Matthew M Werdegar for Comcast of Plano, LP (rml, ) (Entered: 04/25/2006) |
| --- | --- | --- |
| 04/24/2006 | | Pro Hac Vice Filing fee paid by Durie, Ferrall, Kamber, Lam, Yoda & Werdegar; Fee: $150, receipt number: 5-1-543 (rml, ) (Entered: 04/25/2006) |
| 04/26/2006 | 38 | APPLICATION to Appear Pro Hac Vice by Attorney Eric MacMichael for Comcast Cable Communications, LLC(rml, ) (Entered: 04/26/2006) |
| 04/26/2006 | | Pro Hac Vice Filing fee paid by Eric MacMichael; Fee: $25, receipt number: 5-1-550 (rml, ) (Entered: 04/26/2006) |
| 04/27/2006 | 39 | NOTICE of Attorney Appearance by Alan D Albright on behalf of Rembrandt Technologies, LP (Albright, Alan) (Entered: 04/27/2006) |
| 05/01/2006 | 40 | REPORT of Rule 26(f) Planning Meeting. (Doan, Jennifer) (Entered: 05/01/2006) |
| 05/02/2006 | 41 | APPLICATION to Appear Pro Hac Vice by Attorney Lawrence K Kolodney for Rembrandt Technologies, LP.APPROVED PHV fee rec#2-1-1071 (poa, ) (Entered: 05/03/2006) |
| 05/10/2006 | 42 | TRANSCRIPT of Scheduling Conference held on May 2, 2006 before Judge T John Ward. Court Reporter: Shelly Holmes. (ehs, ) (Entered: 05/10/2006) |
| 05/12/2006 | 43 | NOTICE of Disclosure by Rembrandt Technologies, LP *of Asserted Claims and Preliminary Infringement Contentions* (Devlin, Timothy) (Entered: 05/12/2006) |
| 05/15/2006 | 44 | BRIEF filed *In Support of Plaintiff's Proposal Regarding Treatment of Source Code* by Rembrandt Technologies, LP. (Attachments: # 1 Exhibit A - Proposed Protective Order)(Carroll, Otis) (Entered: 05/15/2006) |
| 05/15/2006 | 45 | MOTION for Protective Order by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Text of Proposed Order)(Doan, Jennifer) (Entered: 05/15/2006) |
| 06/05/2006 | 46 | NOTICE of Disclosure by Rembrandt Technologies, LP (Carroll, Otis) (Entered: 06/05/2006) |
| 06/06/2006 | 47 | NOTICE of Attorney Appearance by Elizabeth L DeRieux on behalf of Rembrandt Technologies, LP (DeRieux, Elizabeth) (Entered: 06/06/2006) |
| 06/07/2006 | 48 | NOTICE by Rembrandt Technologies, LP *(Amended Notice of Appearance of Elizabeth L. DeRieux)* (DeRieux, Elizabeth) (Entered: 06/07/2006) |
| 06/08/2006 | 49 | NOTICE of Disclosure by Comcast Corporation (Perkins, John) (Entered: 06/08/2006) |

| 06/14/2006 | 56 | APPLICATION to Appear Pro Hac Vice by Attorney Frederick Yu for Rembrandt Technologies, LP. (ch, ) (Entered: 06/23/2006) |
|---|---|---|
| 06/15/2006 | 50 | ORDER REFERRING CASE to Mediator. Robert W Faulkner added as Mediator. Mediation shall be completed by 5/24/07. Signed by Judge T. John Ward on 6/15/06. (ch, ) (Entered: 06/15/2006) |
| 06/15/2006 | 51 | AMENDED DISCOVERY ORDER . Signed by Judge T. John Ward on 6/15/06. (ch, ) (Entered: 06/15/2006) |
| 06/15/2006 | 52 | DOCKET CONTROL ORDER Amended Pleadings due by 11/9/2006. Discovery due by 5/9/2007. Joinder of Parties due by 6/1/2006.Markman Hearing set for 2/8/2007 9:00 AM in (Marshall) before Judge T. John Ward. Motions in Limine due by 7/23/2007. Proposed Pretrial Order due by 7/20/2007. Jury Selection set for 8/6/2007 9:00 AM in (Marshall) before Judge T. John Ward. Pretrial Conference set for 7/26/2007 9:30 AM in (Marshall) before Judge T. John Ward. Mediation to be completed by 5/24/07. All other deadlines are set forth herein. Signed by Judge T. John Ward on 6/15/06. (ch, ) (Entered: 06/15/2006) |
| 06/15/2006 | 53 | PROTECTIVE ORDER. Signed by Judge T. John Ward on 6/15/06. (ehs, ) (Entered: 06/15/2006) |
| 06/19/2006 | 54 | NOTICE by Comcast Corporation *of Service of Preliminary Invalidity Contentions* (Perkins, John) (Entered: 06/19/2006) |
| 06/19/2006 | 55 | NOTICE of Disclosure by Rembrandt Technologies, LP *Pursuant to Section 3(c) of the Court's Amended Discovery Order* (Bunt, Robert) (Entered: 06/19/2006) |
| 06/23/2006 | | Pro Hac Vice Filing fee paid by Yu; Fee: $25, receipt number: 6-1-5563 (ch, ) (Entered: 06/23/2006) |
| 06/29/2006 | 57 | ORDER denying 10 Motion to Change Venue to the Eastern District of Pennsylvania. Signed by Judge John D. Love on 6/29/06. (poa, ) (Entered: 06/30/2006) |
| 07/03/2006 | 58 | APPLICATION to Appear Pro Hac Vice by Attorney Michael S Forman for Rembrandt Technologies, LP. (ch, ) (Entered: 07/11/2006) |
| 07/03/2006 | | Pro Hac Vice Filing fee paid by Forman; Fee: $25, receipt number: 2-1-1658 (ch, ) (Entered: 07/11/2006) |
| 08/01/2006 | 59 | MOTION to Compel *Production of Documents and Motion for Expedited Briefing Schedule* by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order Order Granting Motion to Compel Documents# 2 Text of Proposed Order Order Granting Expedited Briefing Schedule# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Exhibit H# 11 Exhibit I# 12 Exhibit J# 13 Exhibit K# 14 Exhibit L# 15 Exhibit M# 16 Exhibit N)(Bunt, Robert) (Entered: 08/01/2006) |
| 08/04/2006 | 60 | RESPONSE in Opposition re 59 MOTION to Compel *Production of Documents and Motion for Expedited Briefing Schedule* filed by Comcast |

| | | |
|---|---|---|
| | | Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Doan, Jennifer) (Entered: 08/04/2006) |
| 08/17/2006 | 61 | RESPONSE in Opposition re 59 MOTION to Compel *Production of Documents and Motion for Expedited Briefing Schedule* filed by Comcast Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Doan, Jennifer) (Entered: 08/17/2006) |
| 08/21/2006 | 62 | NOTICE of Attorney Appearance by Andrew Wesley Spangler on behalf of Rembrandt Technologies, LP (Spangler, Andrew) (Entered: 08/21/2006) |
| 08/28/2006 | 63 | NOTICE of Attorney Appearance by Michael Edwin Jones on behalf of Time Warner Cable, Inc., (Jones, Michael) (Entered: 08/28/2006) |
| 08/29/2006 | 64 | ***PER ATTY; FILED IN ERROR: PLEASE IGNORE***<br><br>MOTION for Leave to File Excess Pages *to Reply in Support of Motion to Compel* by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order to Exceed Page Limits)(Maloney, Collin) Modified on 8/30/2006 (mpv, ). (Entered: 08/29/2006) |
| 08/29/2006 | 65 | ***REPLACES #64***<br><br>Consent MOTION for Leave to File Excess Pages *to Reply in Support of Motion to Compel* by Rembrandt Technologies, LP. (Attachments: # 1 Exhibit A - Reply in Support of Motion to Compel# 2 Exhibit A Deposition Excerpts# 3 Text of Proposed Order to Exceed Page Limits) (Maloney, Collin) Modified on 8/30/2006 (mpv, ). (Entered: 08/29/2006) |
| 08/29/2006 | | ***FILED IN ERROR. Per Atty, Document # 64, MOTION for Leave to File Excess Pages to Reply in Support of Motion to Compel. PLEASE IGNORE. REPLACED BY #65***<br><br>(mpv, ) (Entered: 08/30/2006) |
| 08/30/2006 | 66 | SEALED PATENT MOTION *Motion to Intervene and Memorandum of Law in Support* by Time Warner Cable, Inc.,. (Attachments: # (1) Declaration of Michael E. Jones# (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Exhibit F# (8) Affidavit of Andy Block# (9) Text of Proposed Order)(Jones, Michael) (Entered: 08/30/2006) |
| 08/30/2006 | 67 | SEALED PATENT MOTION *Motion for Leave to Exceed Page Limits regarding Motion to Disqualify Fish & Richardson, P.C. and Memorandum of Law in Support* by Time Warner Cable, Inc.,. (Attachments: # (1) Motion to Disqualify and Memo of Law in Support# (2) Declaration of Michael E. Jones# (3) Exhibit A to Jones Declaration# (4) Exhibit B to Jones Declaration# (5) Exhibit C to Jones Declaration# (6) Exhibit D to Jones Declaration# (7) Exhibit E to Jones Declaration# (8) Exhibit F to Jones Declaration# (9) Affidavit of Andy Block# (10) Text of Proposed Order on Mtn to Disqualify# (11) Text of Proposed |

| | | |
|---|---|---|
| | | Order on Motion to Exceed)(Jones, Michael) (Entered: 08/30/2006) |
| 08/31/2006 | 68 | NOTICE by Rembrandt Technologies, LP re [67] SEALED PATENT MOTION *Motion for Leave to Exceed Page Limits regarding Motion to Disqualify Fish & Richardson, P.C. and Memorandum of Law in Support (Plaintiff's Notice of Non-Opposition)* (DeRieux, Elizabeth) (Entered: 08/31/2006) |
| 09/05/2006 | 69 | NOTICE of Attorney Appearance by Diane DeVasto on behalf of Time Warner Cable, Inc., (DeVasto, Diane) (Entered: 09/05/2006) |
| 09/06/2006 | 70 | MOTION for Leave to File Excess Pages *Defendant Comcast's Unopposed Motion to Exceed Page Limit* by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Doan, Jennifer) (Entered: 09/06/2006) |
| 09/11/2006 | 71 | NOTICE of Attorney Appearance by David J Beck on behalf of Rembrandt Technologies, LP (Beck, David) (Only appearing for law firm in regards to the motion to disqualify atty) Modified on 9/11/2006 (sm, ). (Entered: 09/11/2006) |
| 09/11/2006 | 75 | Dft Comcast's Sur-Reply to Plaintiffs 59 MOTION to Compel *Production of Documents and Motion for Expedited Briefing Schedule* filed, by Comcast Corporation. (ch, ) (Entered: 09/13/2006) |
| 09/12/2006 | 72 | ORDER granting [66] Sealed Patent Motion to Intervene by Time Warner Cable Inc. Signed by Judge T. John Ward on 9/11/06. (poa, ) (Entered: 09/12/2006) |
| 09/12/2006 | 73 | ORDER granting 70 Motion for Leave to File Excess Pages dfts Reply to Pla's Opposition to Motion to Transfer. Signed by Judge T. John Ward on 9/11/06. (poa, ) (Entered: 09/12/2006) |
| 09/12/2006 | 74 | MOTION for Extension of Time to File Response/Reply as to [67] SEALED PATENT MOTION *Motion for Leave to Exceed Page Limits regarding Motion to Disqualify Fish & Richardson, P.C. and Memorandum of Law in Support :Motion for Extension of Time to File Response/Reply as to Motion to Disqualify* by Fish & Richardson, PC. (Attachments: # 1 Text of Proposed Order Proposed Order granting Motion for Extension of Time)(Beck, David) (Entered: 09/12/2006) |
| 09/13/2006 | 76 | MOTION for Extension of Time to File *Regarding Agreed Briefing Schedule and Notice of Non-Opposition to Docket No. 74* by Time Warner Cable, Inc.,. (Attachments: # 1 Text of Proposed Order re: Briefing Schedule)(DeVasto, Diane) (Entered: 09/13/2006) |
| 09/18/2006 | 77 | ORDER granting [67] Motion to exceed the page limit regarding its motion to disqualify Fish & Richardson, P.C. and Memorandum of Law in Support. Signed by Judge T. John Ward on 9/18/06. (ehs, ) (Entered: 09/18/2006) |
| 09/18/2006 | 78 | SEALED PATENT MOTION - to disqualify Fish & Richardson, P.C. by Time Warner Cable, Inc. (Attachments: # (1) Declaration of Michael |

| | | |
|---|---|---|
| | | Jones# (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Exhibit F# (8) Affidavit # (9) Text of Proposed Order) (ehs, ) (Entered: 09/18/2006) |
| 09/18/2006 | 79 | ORDER granting Fish & Richardson, P.C.'s 74 Motion for Extension of Time to File Response to motion to disqualify and memorandum of law in support. Responses due by 9/28/2006. Signed by Judge T. John Ward on 9/18/06. (ehs, ) (Entered: 09/18/2006) |
| 09/20/2006 | 80 | APPLICATION to Appear Pro Hac Vice by Attorney Michael A Rogoff for Time Warner Cable, Inc.. (ch, ) (Entered: 09/25/2006) |
| 09/20/2006 | | Pro Hac Vice Filing fee paid by Rogoff; Fee: $25, receipt number: 2-1-1886 (ch, ) (Entered: 09/25/2006) |
| 09/20/2006 | 81 | APPLICATION to Appear Pro Hac Vice by Attorney David S Benyacar for Time Warner Cable, Inc.. (ch, ) (Entered: 09/25/2006) |
| 09/20/2006 | | Pro Hac Vice Filing fee paid by Benyacar; Fee: $25, receipt number: 2-1-1886 (ch, ) (Entered: 09/25/2006) |
| 09/25/2006 | 82 | NOTICE of Attorney Appearance by Harry Lee Gillam, Jr on behalf of Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP (Gillam, Harry) (Entered: 09/25/2006) |
| 09/28/2006 | 83 | RESPONSE in Opposition re [78] SEALED PATENT MOTION *(Plaintiff Rembrandt Technologies, LP's Opposition to Time Warner Cable, Inc.'s Motion to Disqualify)* filed by Rembrandt Technologies, LP. (Attachments: # 1 Exhibit A)(Spangler, Andrew) (Entered: 09/28/2006) |
| 09/28/2006 | 84 | SEALED PATENT MOTION *Unopposed Motion for Leave to Exceed the Page Limit Regarding its Opposition to Motion to Disqualify and Memorandum of Law in Support* by Fish & Richardson, PC. (Attachments: # (1) Exhibit Fish & Richardson, P.C.'s Opposition to Motion to Disqualify and Memorandum of Law in Support# (2) Exhibit Appendix# (3) Exhibit Order on Time Warner Cable Inc.'s Motion to Disqualify Fish & Richardson, P.C.# (4) Text of Proposed Order Granting Fish & Richardson, P.C.'s Unopposed Motion for Leave to Exceed the Page Limit Regarding its Opposition to Motion to Disqualify and Memorandum of Law in Support)(Beck, David) (Entered: 09/28/2006) |
| 09/29/2006 | 85 | Joint MOTION to Amend/Correct 52 Order, Set Deadlines/Hearings,,,, by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Text of Proposed Order Proposed Modified Docket Control Order)(Doan, Jennifer) (Entered: 09/29/2006) |
| 10/04/2006 | 86 | MODIFIED DOCKET CONTROL ORDER Amended Pleadings due by 11/27/2006. Discovery due by 5/9/2007. Joinder of Parties due by 6/1/2006.Claims Construction Hearing set for 2/8/2007 9:00 AM in (Marshall) before Judge T. John Ward. Motions in Limine due by 7/23/2007. Proposed Pretrial Order due by 7/20/2007. Jury Selection set |

| | | |
|---|---|---|
| | | for 8/6/2007 9:00 AM in (Marshall) before Judge T. John Ward. Pretrial Conference set for 7/26/2007 9:30 AM in (Marshall) before Judge T. John Ward. Mediation to be completed by 5/24/07. All other deadlines are set forth herein and are in effect until further order of court. Signed by Judge T. John Ward on 10/3/06. (ch, ) (Entered: 10/04/2006) |
| 10/04/2006 | 87 | ORDER granting [84] Sealed Patent Motion for Leave to Exceed the page limit regarding its Opposition to Motion to Disqualify and Memorandum of Law in Support. Signed by Judge T. John Ward on 10/3/06. (ch, ) (Entered: 10/04/2006) |
| 10/04/2006 | 88 | SEALED PATENT OPPOSITION to SEALED PATENT MOTION re 74 MOTION for Extension of Time to File Response/Reply as to [67] SEALED PATENT MOTION *Motion for Leave to Exceed Page Limits regarding Motion to Disqualify Fish & Richardson, P.C. and Memorandum of Law in Support :Motion for Extension of Time filed by Fish & Richardson, PC. (Attachments: # (1) Appendix A)(ch, ) (Entered: 10/04/2006)* |
| 10/10/2006 | 89 | Consent MOTION for Extension of Time to File *P.R. 4-2 Disclosures* by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order to Extend Time to File)(Maloney, Collin) (Entered: 10/10/2006) |
| 10/16/2006 | 90 | SEALED PATENT MOTION *for Leave to Exceed Page Limit* by Time Warner Cable, Inc.,. (Attachments: # (1) Text of Proposed Order # (2) Exhibit Time Warner Cable Inc.'s Consolidated Reply Memorandum in Support of its Motion to Disqualify Fish & Richardson, P.C.# (3) Affidavit of Robert P. Schuwerk)(Jones, Michael) (Entered: 10/16/2006) |
| 10/16/2006 | 105 | ***FILED IN ERROR ***<br>**SEALED PATENT DOCUMENT. Time Warner Cable Inc.'s Consolidated Reply Memorandum In Support of its motion to disqualify Fish & Richardson, P.C. (Attachments: # (1) Affidavit) (ehs, ) Modified on 11/14/2006 (ehs, ). (Entered: 11/14/2006)** |
| 10/20/2006 | 91 | Joint MOTION to Amend/Correct *The Protective Order* by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order)(Carroll, Otis) (Entered: 10/20/2006) |
| 10/23/2006 | 92 | NOTICE of Hearing on Motion 59 MOTION to Compel *Production of Documents and Motion for Expedited Briefing Schedule*: Motion Hearing set for 10/30/2006 at 2:30 PM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 10/23/2006) |
| 10/24/2006 | 93 | NOTICE of CANCELLATION of Hearing: Hearing set for 10/30/06 has been CANCELLED. (shd, ) (Entered: 10/24/2006) |
| 10/24/2006 | 96 | APPLICATION to Appear Pro Hac Vice by Attorney Michael Chibib for Rembrandt Technologies, LP. (ch, ) (Entered: 11/02/2006) |
| 10/24/2006 | | Pro Hac Vice Filing fee paid by Chibib; Fee: $25, receipt number: 6-1-7185 (ch, ) (Entered: 11/02/2006) |
| 10/25/2006 | 94 | ORDER granting 89 Motion for Extension of Time to File disclosures. |

| | | |
|---|---|---|
| | | Deadline extended to 10/13/06 . Signed by Judge T. John Ward on 10/25/06. (ehs, ) (Entered: 10/25/2006) |
| 10/25/2006 | 95 | ORDER granting 91 joint stipulation and order to amend the protective order . Signed by Judge T. John Ward on 10/25/06. (djh, ) (Entered: 10/25/2006) |
| 11/03/2006 | 97 | SEALED PATENT REPLY to Response to PATENT Motion re [90] SEALED PATENT MOTION *for Leave to Exceed Page Limit (Plaintiff Rembrandt Technologies, LP's Sur-reply in Opposition to Intervenor Time Warner Cable, Inc.'s Reply in Support of its Motion to Disqualify)* filed by Rembrandt Technologies, LP. (Spangler, Andrew) (Entered: 11/03/2006) |
| 11/03/2006 | 98 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [78] SEALED PATENT MOTION *Surreply in Support of Opposition to Motion to Disqualify and Memorandum of Law in Support* filed by Fish & Richardson, PC. (Beck, David) (Entered: 11/03/2006) |
| 11/06/2006 | 99 | MOTION to Expedite *(Expedited Motion for Clarification Regarding P.R. 3-1(h) Filed by Rembrandt Technologies, LP)* by Rembrandt Technologies, LP. (Attachments: # 1 Exhibit A Part 1# 2 Exhibit A Part 2# 3 Exhibit A Part 3# 4 Exhibit A Part 4# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Text of Proposed Order)(Spangler, Andrew) Certificate of Conference added on 11/7/2006 (mpv, ). Modified on 11/7/2006 (mpv, ). (Entered: 11/06/2006) |
| 11/08/2006 | 100 | Joint MOTION for Extension of Time to File *(Joint Motion to Extend the Deadline to Comply with Patent Rule 4-3)* by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order)(Spangler, Andrew) (Entered: 11/08/2006) |
| 11/09/2006 | 101 | RESPONSE to Motion re 99 MOTION to Expedite *(Expedited Motion for Clarification Regarding P.R. 3-1(h) Filed by Rembrandt Technologies, LP)* filed by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Doan, Jennifer) (Entered: 11/09/2006) |
| 11/13/2006 | 102 | ORDER granting [90] Time Warners Sealed Patent Unopposed Motion for leave to exceed page limits. Signed by Judge T. John Ward on 11/13/06. (ch, ) (Entered: 11/13/2006) |
| 11/13/2006 | 103 | REPLY to Response to Motion re 99 MOTION to Expedite *(Expedited Motion for Clarification Regarding P.R. 3-1(h) Filed by Rembrandt Technologies, LP) (Plaintiff's Reply in Support of its Motion for Clarification)* filed by Rembrandt Technologies, LP. (Spangler, Andrew) (Entered: 11/13/2006) |
| 11/14/2006 | 104 | SEALED PATENT REPLY to Response to PATENT Motion re [78] SEALED PATENT MOTION to Disqualify Fish & Richardson, PC filed by Time Warner Cable, Inc.,. (Attachments: # (1) Affidavit of Schuwerk) (ch, ) (Entered: 11/14/2006) |

| 11/14/2006 | 106 | CLAIM CONSTRUCTION BRIEF filed *Joint Claim Construction and Prehearing Statement Pursuant to P.R. 4-3* by Rembrandt Technologies, LP, Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Brown, Thomas) (Entered: 11/14/2006) |
|---|---|---|
| 11/16/2006 | 107 | ORDER granting 76 Motion to set briefing schedule . Signed by Judge T. John Ward on 11/16/06. (ch, ) (Entered: 11/16/2006) |
| 11/16/2006 | 108 | REPLY to Response to Motion re 99 MOTION to Expedite *(Expedited Motion for Clarification Regarding P.R. 3-1(h) Filed by Rembrandt Technologies, LP) Sur-reply in Response to Plaintiff's Motion for Clarification Regarding P.R. 3-1(h)* filed by Comcast Corporation. (Doan, Jennifer) (Entered: 11/16/2006) |
| 11/22/2006 | 109 | ORDER granting 100 Motion for Extension of Deadline to Comply with Patent Rule 4-3. ORDER that the new deadline for filing the parties PR 4-3 is November 14, 2006.. Signed by Judge T. John Ward on 11/22/06. (poa, ) (Entered: 11/22/2006) |
| 11/27/2006 | 110 | *First Amended* ANSWER to Counterclaim by Comcast Cable Communications, LLC;.(Doan, Jennifer) (Entered: 11/27/2006) |
| 11/29/2006 | 111 | Consent MOTION for Protective Order *(Amended)* by Time Warner Cable, Inc.,. (Attachments: # 1 Exhibit A# 2 Exhibit A-1# 3 Text of Proposed Order)(DeVasto, Diane) (Entered: 11/29/2006) |
| 11/29/2006 | 112 | MOTION for Leave to File *(Rembrandt Technologies, LP's Unopposed Motion for Leave to Amend its P.R. 4-3)* by Rembrandt Technologies, LP. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Spangler, Andrew) (Entered: 11/29/2006) |
| 12/04/2006 | 113 | Joint MOTION for Extension of Time to File *(Joint Motion to Extend the Deadline to Comply with Patent Rule 4-4)* by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order)(DeRieux, Elizabeth) (Entered: 12/04/2006) |
| 12/07/2006 | 114 | ORDER granting 111 Motion for entry of Amended Protective Order . Signed by Judge T. John Ward on 12/7/06. (ehs, ) (Entered: 12/07/2006) |
| 12/07/2006 | 115 | AMENDED PROTECTIVE ORDER. Signed by Judge T. John Ward on 12/7/06. (ehs, ) (Entered: 12/07/2006) |
| 12/07/2006 | 116 | ORDER granting 113 Motion for Extension of Time to comply with Patent Rule 4-4. Deadline extended to 12/24/06. Signed by Judge T. John Ward on 12/7/06. (ehs, ) (Entered: 12/07/2006) |
| 12/07/2006 | 117 | ORDER granting 112 Unopposed Motion for Leave to Amend its P.R. 4-3. Signed by Judge T. John Ward on 12/7/06. (ch, ) (Entered: 12/07/2006) |
| 12/11/2006 | 118 | ANSWER to Complaint *(Plaintiff Rembrandt Technologies, LP's Reply to Defendants' First Amended Counterclaims)* by Rembrandt Technologies, LP.(Spangler, Andrew) (Entered: 12/11/2006) |

| 12/27/2006 | 119 | Consent MOTION for Leave to File Excess Pages *(Plaintiff's Unopposed Motion for Leave to Exceed Page Limits)* by Rembrandt Technologies, LP. (Attachments: # 1 Exhibit A# 2 Declaration on Claim Construction Brief# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4 Part 1# 7 Exhibit 4 Part 2# 8 Exhibit 5# 9 Exhibit 6# 10 Exhibit 7# 11 Exhibit 8# 12 Exhibit 9# 13 Exhibit 10# 14 Exhibit 11# 15 Exhibit 12# 16 Exhibit 13# 17 Exhibit 14# 18 Exhibit 15# 19 Exhibit 16# 20 Exhibit 17# 21 Exhibit 18# 22 Exhibit 19# 23 Exhibit 20# 24 Exhibit 21# 25 Exhibit 22# 26 Exhibit 23# 27 Exhibit 24# 28 Text of Proposed Order)(Spangler, Andrew) (Entered: 12/27/2006) |
| --- | --- | --- |
| 12/29/2006 | 120 | ORDER granting 119 Motion for Leave to File Excess Pages . Signed by Judge T. John Ward on 12/29/06. (ch, ) (Entered: 12/29/2006) |
| 01/10/2007 | 122 | AFFIDAVIT in Support re [121] SEALED PATENT MOTION filed by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Exhibit 1A)(Doan, Jennifer) (Entered: 01/10/2007) |
| 01/10/2007 | 123 | AFFIDAVIT in Support re [121] SEALED PATENT MOTION filed by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Exhibit 1A)(Doan, Jennifer) (Entered: 01/10/2007) |
| 01/12/2007 | 124 | ORDER granting [121] Sealed Patent Motion. Dfts shall be allowed to extend the page limit for their Responsive Claim Construction Brief from 30 pages to 35 pages . Signed by Judge T. John Ward on 1/12/07. (ch, ) (Entered: 01/12/2007) |
| 01/12/2007 | 125 | Sealed Document. (Attachments: # (1) Exhibit One# (2) Exhibit Two# (3) Exhibit Three# (4) Exhibit Four# (5) Exhibit Five# (6) Exhibit Six# (7) Exhibit Seven# (8) Exhibit Eight# (9) Exhibit Nine# (10) Exhibit Ten# (11) Exhibit Eleven# (12) Exhibit Twelve# (13) Exhibit Thirteen# (14) Exhibit Fourteen# (15) Exhibit Fifteen# (16) Exhibit Sixteen# (17) Exhibit Seventeen# (18) Exhibit Eighteen# (19) Exhibit Nineteen# (20) Exhibit Twenty# (21) Exhibit Twenty one# (22) Exhibit Twenty two# (23) Exhibit Twenty three# (24) Exhibit Twenty Four# (25) Exhibit Twenty Five# (26) Exhibit Twenty Six# (27) Exhibit Twenty Seven# (28) Exhibit Twenty Eight# (29) Declaration of Curtis A. Siller, Jr., Ph.D.# (30) Exhibit 1A of Declaration of Curtis A. Siller, Jr., Ph.D.# (31) Declaration of Harry V. Bims, Ph.D# (32) Exhibit 1A of Declaration of Harry V. Bims, Ph.D)(Doan, Jennifer) (Entered: 01/12/2007) |
| 01/12/2007 | 126 | NOTICE by Rembrandt Technologies, LP *of Supplemental Authority* (Attachments: # 1 Exhibit A)(Bunt, Robert) (Entered: 01/12/2007) |
| 01/17/2007 | 127 | RESPONSE to 126 Notice (Other) *Response to Notice of Supplemental Authority and Request for Oral Argument* by Time Warner Cable, Inc.,. (Attachments: # 1 Text of Proposed Order)(DeVasto, Diane) (Entered: 01/17/2007) |
| 01/17/2007 | 128 | Consent MOTION for Leave to File Excess Pages *for Rembrandt's Reply Brief Regarding Claim Construction* by Rembrandt Technologies, LP. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A (Rembrandt's Reply Brief Regarding Claim Construction)# 2 Exhibit 25# 3 Exhibit 26# 4 Exhibit 27# 5 Exhibit 28) (Brown, Thomas) Proposed Order added on 1/18/2007 (mpv, ). Modified on 1/18/2007 (mpv, ). (Entered: 01/17/2007) |
| 01/18/2007 | 129 | ORDER granting 99 Plaintiffs motion for clarification. Signed by Judge T. John Ward on 1/17/07. (ch, ) (Entered: 01/18/2007) |
| 01/18/2007 | 130 | ORDER granting 128 Motion for Leave to File Excess Pages. Signed by Judge T. John Ward on 1/18/07. (ch, ) (Entered: 01/18/2007) |
| 01/18/2007 | 131 | Plaintiff's Opening CLAIM CONSTRUCTION BRIEF (identical to brief attached to 119 Motion for Leave to File Excess Pages, re-filed pursuant to L.R. CV-7(j) and 120 Order on Motion for Leave to File Excess Pages). (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24)(Brown, Thomas) (Entered: 01/18/2007) |
| 01/18/2007 | 132 | Plaintiff's Reply CLAIM CONSTRUCTION BRIEF (reply to [125] Sealed Document, re-filed pursuant to L.R. CV-7(j) and 130 Order on Motion for Leave to File Excess Pages). (Attachments: # 1 Exhibit 25# 2 Exhibit 26# 3 Exhibit 27# 4 Exhibit 28)(Brown, Thomas) (Entered: 01/18/2007) |
| 01/19/2007 | 133 | NOTICE of Disclosure by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP *Notice of Service of Amended Initial Disclosure* (Doan, Jennifer) (Entered: 01/19/2007) |
| 01/22/2007 | 134 | Joint MOTION for Leave to File *Second Amended Joint Claim Construction and Prehearing Statement* by Rembrandt Technologies, LP, Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Exhibit A (Second Amended Joint Claim Construction and Prehearing Statement)# 2 Text of Proposed Order) (Brown, Thomas) (Entered: 01/22/2007) |
| 01/23/2007 | 135 | ORDER granting 134 Joint Motion for Leave to Submit a Second Amended Joint Claim Construction and Prehearing Statement. Signed by Judge T. John Ward on 1/23/07. (poa, ) (Entered: 01/23/2007) |
| 01/23/2007 | 136 | Second Amended Joint Claim Construction and Prehearing Statement (Brown, Thomas) (Entered: 01/23/2007) |
| 01/30/2007 | 137 | SEALED PATENT MOTION by Rembrandt Technologies, LP. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9# (10) Exhibit 10# (11) Exhibit 11# (12) Exhibit 12# (13) Exhibit 13# (14) Exhibit 14# (15) Exhibit 15# (16) Exhibit 16# (17) Exhibit 17# (18) Exhibit 18# (19) Exhibit 19# (20) Exhibit 20)(Spangler, Andrew) (Entered: 01/30/2007) |
| | | |

| 01/30/2007 | 138 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: [137] SEALED PATENT MOTION. (Attachments: # (1) Exhibit 21# (2) Exhibit 22# (3) Exhibit 23# (4) Exhibit 24# (5) Exhibit 25# (6) Exhibit 26# (7) Exhibit 27# (8) Exhibit 28# (9) Exhibit 29# (10) Exhibit 30# (11) Exhibit 31# (12) Exhibit 32# (13) Exhibit 33# (14) Exhibit 34# (15) Exhibit 35# (16) Exhibit 36# (17) Exhibit 37# (18) Exhibit 38# (19) Exhibit 39# (20) Exhibit 40# (21) Text of Proposed Order)(Spangler, Andrew) (Entered: 01/30/2007) |
|---|---|---|
| 01/31/2007 | 139 | MOTION Unopposed Motion for Leave to Submit Supplemental Authority in Support of Claim Construction Argument by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Doan, Jennifer) (Entered: 01/31/2007) |
| 02/01/2007 | 140 | ORDER granting [78] Sealed Patent Motion to disqualify Fish & Richardson. Rembrandt shall notify the court by close of business 2/5/07 whether it desires to proceed with the claim construction hearing as currently scheduled with other counsel. Signed by Judge T. John Ward on 2/1/07. (ehs, ) (Entered: 02/01/2007) |
| 02/01/2007 | 141 | ORDER granting 139 Unopposed Motion for Leave to Submit Supplemental Authority in Support of its Claim Construction Brief. Dft's Exhibit A shall be supplemented and included in dfts Claim Construction brief and argument . Signed by Judge T. John Ward on 2/1/07. (ch, ) (Entered: 02/01/2007) |
| 02/05/2007 | 142 | NOTICE of CANCELLATION of Markman Hearing: February 8, 2007 hearing has been CANCELLED; to be reset at a later date. (shd, ) (Entered: 02/05/2007) |
| 02/05/2007 | 143 | Joint MOTION *to Suspend All Deadlines Pending Appointment of New Counsel for Plaintiff* by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order)(Spangler, Andrew) (Entered: 02/05/2007) |
| 02/08/2007 | 144 | MEMORANDUM OPINION and ORDER - granting motion to disqualify . Signed by Judge T. John Ward on 2/8/07. (ehs, ) (Entered: 02/08/2007) |
| 02/08/2007 | 145 | ORDER granting joint motion to suspend all deadlines pending appointment of new counsel for pltf. Signed by Judge T. John Ward on 2/8/07. (ehs, ) (Entered: 02/08/2007) |
| 02/19/2007 | 146 | NOTICE of Attorney Appearance by Travis Gordon White on behalf of Rembrandt Technologies, LP (White, Travis) (Entered: 02/19/2007) |
| 02/19/2007 | 147 | NOTICE of Attorney Appearance by Bradley Wayne Caldwell on behalf of Rembrandt Technologies, LP (Caldwell, Bradley) (Entered: 02/19/2007) |
| 02/19/2007 | 148 | NOTICE of Attorney Appearance by Jeffrey A Carter on behalf of Rembrandt Technologies, LP (Carter, Jeffrey) (Entered: 02/19/2007) |
| 02/19/2007 | 149 | NOTICE of Attorney Appearance by Samuel Franklin Baxter on behalf |

| | | |
|---|---|---|
| | | of Rembrandt Technologies, LP (Baxter, Samuel) (Entered: 02/19/2007) |
| 02/19/2007 | 150 | NOTICE of Attorney Appearance by John Franklin Garvish, II on behalf of Rembrandt Technologies, LP (Garvish, John) (Entered: 02/19/2007) |
| 03/08/2007 | 151 | NOTICE by Rembrandt Technologies, LP *STATUS REPORT ON CLAIM CONSTRUCTION HEARING AND CASE SCHEDULE* (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 03/08/2007) |
| 03/08/2007 | 152 | Joint MOTION to Amend/Correct 115 Protective Order by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 03/08/2007) |
| 03/09/2007 | 153 | NOTICE by Coxcom, Inc., *of Filing Motion for Transfer and Consolidation of Rembrandt Technologies, LP Patent Litigation Pursuant to 28 U.S.C. 1407* (Attachments: # 1 MDL Motion for Transfer and Consolidation# 2 Motion Ex. A# 3 Motion Ex. B# 4 MDL Memorandum# 5 Notice of Appearance# 6 MDL Corporate Disclosure# 7 MDL Certificate of Service)(Stockwell, Mitchell) (Entered: 03/09/2007) |
| 03/09/2007 | 154 | Additional Attachments to Main Document: 153 Notice (Other), Notice (Other).. (Attachments: # 1 MDL Ex. 1# 2 MDL Ex. 2# 3 MDL Ex. 3# 4 MDL Ex. 4# 5 MDL Ex. 5# 6 MDL Ex. 6# 7 MDL Ex. 7# 8 MDL Ex. 8# 9 MDL Ex. 9# 10 MDL Ex. 10# 11 MDL Ex. 11# 12 MDL Ex. 12# 13 MDL Ex. 13# 14 MDL Ex. 14# 15 MDL Ex. 14# 16 MDL. Ex. 16# 17 MDL Ex. 17# 18 MDL Ex. 18# 19 MDL Ex. 19# 20 MDL Ex. 20# 21 MDL Ex. 21# 22 MDL Ex. 22# 23 MDL Ex. 23# 24 MDL Ex. 24# 25 MDL Ex. 25# 26 MDL Ex. 26# 27 MDL Ex. 27# 28 MDL Ex. 28# 29 MDL Ex. 29# 30 MDL Ex. 30# 31 MDL Ex. 31# 32 MDL Ex. 32# 33 MDL Ex. 33# 34 MDL Ex. 34# 35 MDL Ex. 36# 36 MDL Ex. 36# 37 MDL Ex. 37# 38 MDL Ex. 38# 39 MDL Ex. 39# 40 MDL Ex. 40# 41 MDL Ex. 40# 42 MDL Ex. 42# 43 MDL Ex. 43)(Stockwell, Mitchell) (Entered: 03/09/2007) |
| 03/30/2007 | 155 | ORDER finding as moot 59 Motion to Compel, granting 65 Motion for Leave to File Excess Pages . Signed by Judge T. John Ward on 3/30/07. (ehs, ) (Entered: 03/30/2007) |
| 04/02/2007 | 156 | ORDER granting 152 Motion to Amend/Correct. Amended Protective order be amended as follows. Signed by Judge T. John Ward on /2/07. (ch, ) (Entered: 04/02/2007) |
| 04/05/2007 | 157 | NOTICE by Rembrandt Technologies, LP *NOTICE OF FILING OPPOSITION TO COXCOM'S MOTION FOR TRANSFER AND CONSOLIDATION OF REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION* (Attachments: # 1 Reasons Why Oral Argument Should be Heard in Opposition to CoxCom's Motion for Transfer and Consolidation# 2 Response to CoxCom's Motion to Transfer and Consolidation# 3 Rembrandt's Brief in Opposition to CoxCom's Motion for Transfer and Consolidation# 4 Exhibit 1# 5 Exhibit 2# 6 Exhibit 3# 7 Exhibit 4# 8 Exhibit 5# 9 Exhibit 6# 10 Exhibit 7# 11 Exhibit 8# 12 Exhibit 9# 13 Exhibit 10# 14 Exhibit 11# 15 Exhibit 12# 16 Exhibit 13# |

| | | 17 Proof of Service)(Baxter, Samuel) (Entered: 04/05/2007) |
|---|---|---|
| 04/12/2007 | 158 | RESPONSE to 153 Notice (Other), Notice (Other) *Response to the Motion to Consolidate Cases* by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Doan, Jennifer) Amended Certificate of Service added on 4/13/2007 (mpv, ). Modified on 4/13/2007 (mpv, ). (Entered: 04/12/2007) |
| 04/17/2007 | 159 | NOTICE of Hearing: Markman Hearing set for 4/27/2007 10:00 AM before Magistrate Judge Charles Everingham, in Marshall, Texas. (dl,) (Entered: 04/17/2007) |
| 04/18/2007 | 160 | ORDER referring case to Magistrate Judge Charles Everingham in accordance with the assignments made by General Order 07-03. The magistrate judge shall conduct pre-trial proceedings purusuant to 28 USC 636. Signed by Judge T. John Ward on 4/18/07. (ch, ) (Entered: 04/18/2007) |
| 04/18/2007 | 161 | NOTICE by Time Warner Cable, Inc.,, Coxcom, Inc., *Notice of Development* (Attachments: # 1 Notice of Hearing)(Gardner, Allen) (Entered: 04/18/2007) |
| 04/19/2007 | 162 | MOTION to Stay *Pending Resolution of Motion to Consolidate Before The Judicial Panel on Multidistrict Litigatio and Motion for Expedited Consideration* by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Text of Proposed Order # 7 Text of Proposed Order Expedited Consideration) (Doan, Jennifer) (Entered: 04/19/2007) |
| 04/20/2007 | 163 | NOTICE of Hearing:Markman Hearing set for 5/14/2007 09:00 AM before Magistrate Judge Charles Everingham in Marshall, Texas. (delat, ) (Entered: 04/20/2007) |
| 04/20/2007 | 164 | MOTION to Expedite *Consideration* by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Doan, Jennifer) Additional attachment(s) added on 4/20/2007 (sm, ). (Entered: 04/20/2007) |
| 04/23/2007 | 165 | NOTICE of Attorney Appearance by Andrew Thompson Gorham on behalf of Rembrandt Technologies, LP (Gorham, Andrew) (Entered: 04/23/2007) |
| 04/23/2007 | 166 | ORDER that Pltf file a aresponse to deft's motion to stay by 4/27/07. Signed by Judge Charles Everingham on 4/23/07. (ehs, ) (Entered: 04/23/2007) |
| 04/27/2007 | 167 | RESPONSE in Opposition re 162 MOTION to Stay *Pending Resolution of Motion to Consolidate Before The Judicial Panel on Multidistrict Litigatio and Motion for Expedited Consideration filed by Rembrandt Technologies, LP.* (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 04/27/2007) |
| 05/01/2007 | 168 | MOTION for Leave to File Excess Pages *Unopposed Motion to Exceed* |

| | | |
|---|---|---|
| | | *Page Limit* by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Attachments: # 1 Text of Proposed Order) (Doan, Jennifer) (Entered: 05/01/2007) |
| 05/01/2007 | 169 | ORDER - granting 168 Dfts Motion for Leave to Exceep Page Limit. Signed by Judge Charles Everingham on 5/1/07. (ch, ) Modified on 5/2/2007 (mpv, ). (Entered: 05/01/2007) |
| 05/01/2007 | 170 | REPLY to Response to Motion re 162 MOTION to Stay *Pending Resolution of Motion to Consolidate Before The Judicial Panel on Multidistrict Litigatio and Motion for Expedited Consideration filed by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Doan, Jennifer) (Entered: 05/01/2007) |
| 05/02/2007 | | NOTICE re 169 Order, linked incorrectly by clerk to #167 Response now correctly linked to grant Motion #168 for Leave to File Excess Pages Unopposed Motion to Exceed Page Limit. (mpv, ) (Entered: 05/02/2007) |
| 05/03/2007 | 171 | SUR-REPLY to Reply to Response to Motion re 162 MOTION to Stay *Pending Resolution of Motion to Consolidate Before The Judicial Panel on Multidistrict Litigatio and Motion for Expedited Consideration filed by Rembrandt Technologies, LP*. (Baxter, Samuel) (Entered: 05/03/2007) |
| 05/11/2007 | 172 | ORDER denying 162 Motion to Stay . Signed by Judge Charles Everingham on 5/11/07. (ehs, ) (Entered: 05/11/2007) |
| 05/18/2007 | 173 | Minute Entry for proceedings held before Judge Charles Everingham: Markman Hearing held on 5/14/2007. (Court Reporter Susan Simmons.) (delat,) (Entered: 05/18/2007) |
| 05/21/2007 | 174 | STIPULATION *(Joint)* by Comcast Corporation. (Doan, Jennifer) (Entered: 05/21/2007) |
| 05/22/2007 | 175 | STIPULATION *(Amended)* by Comcast Corporation. (Doan, Jennifer) (Entered: 05/22/2007) |
| 05/30/2007 | 176 | NOTICE by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP *Notice of Service of Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories* (Doan, Jennifer) (Entered: 05/30/2007) |
| 06/05/2007 | 177 | MEMORANDUM AND OPINION AND ORDER - The court adopts the above constructions for the terms in need of construction. The court issues the following order concerning the Claim Construction issues. Signed by Judge Charles Everingham on 6/5/07. (ch, ) (Entered: 06/05/2007) |
| 06/05/2007 | 178 | STIPULATION *Second Stipulation of Parties* by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Doan, Jennifer) (Entered: 06/05/2007) |
| 06/07/2007 | | TRANSCRIPT of Proceedings Markman Hearing held on 5/14/07 before Judge Chad Everingham. Court Reporter: Susan Simmons. (lss, ) |

| | | (Entered: 06/07/2007) |
|---|---|---|
| 06/08/2007 | 180 | NOTICE of Attorney Appearance by Thomas Guy Fasone, III on behalf of Rembrandt Technologies, LP (Fasone, Thomas) (Entered: 06/08/2007) |
| 06/15/2007 | 181 | PLAINTIFF'S INVITED SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF ON WMS GAMINGCLAIM CONSTRUCTION BRIEF filed by Rembrandt Technologies, LP. (Baxter, Samuel) (Entered: 06/15/2007) |
| 06/19/2007 | 182 | RESPONSE to 177 Memorandum & Opinion *(Comcast's Objections and Motion for Reconsideration)* by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP. (Doan, Jennifer) (Entered: 06/19/2007) |
| 06/21/2007 | 183 | NOTICE by Comcast Corporation, Comcast Cable Communications, LLC;, Comcast of Plano, LP *Notice of Multi-District Litigation Developments Pursuant to Local Rule CV-42* (Attachments: # 1 Exhibit A)(Doan, Jennifer) (Entered: 06/21/2007) |
| 06/27/2007 | 184 | Interdistrict transfer to the District of Delaware, Wilmington, DE. Pursuant to letter Elizabeth Dinan has been notified, certified copy of Docket Sheet, Complaint, and tranfer order and letter were mailed to Federal Blding, Lockbox 18, 844 N. King Street, Wilmington, DE (ch, ) Additional attachment(s) added on 6/28/2007 (ch, ). Modified on 6/28/2007 (ch, ). (Entered: 06/27/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/09/2007 07:40:04 | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-00443-TJW-CE |
| **Billable Pages:** | 17 | **Cost:** | 1.36 |