IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-398 (GMS) |
| ) | |
| COMCAST CORPORATION; COMCAST ) | |
| CABLE COMMUNICATIONS, LLC; and ) | |
| COMCAST OF PLANO, LP ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Karen Jacobs Louden of the law firm of Morris, Nichols, Arsht & Tunnell LLP for defendants and counterclaimants Comcast Corporation, Comcast Cable Communications LLC, and Comcast of Plano, LP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  *Attorneys for defendants and counterclaimants*
  *Comcast Corporation, Comcast Cable*
  *Communications LLC, and Comcast of Plano, LP*

OF COUNSEL:

Robert A. Van Nest
Brian L. Ferrall
Daralyn J. Durie
Leo L. Lam
Mathew M. Werdegar
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

July 30, 2007
1088713

CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on July 30, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

>Otis W. Carroll, Jr.
>Ireland Carroll & Kelley
>
>Samuel Franklin Baxter
>McKool Smith

I further certify that copies were caused to be served on July 30, 2007, upon the following individuals in the manner indicated:

**BY HAND**

>James Michael Lennon
>Womble Carlyle Sandridge & Rice, PLLC
>222 Delaware Avenue, Suite 1500
>Wilmington, DE  19801
>
>Collins J. Seitz, Jr.
>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

>*/s/ Karen Jacobs Louden*
>_____
>klouden@mnat.com